# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;<br>P&IB CO., LTD.;<br>IN GYOO KANG;<br>KIPB LLC f/k/a KAIST IP US LLC;<br>PAULINA FUNDINGCO, LLC; and<br>U.S. BANK NATIONAL ASSOCIATION<br><br>　　　　Defendants. | CASE NO.:　2022-CV-00317 |

## DEFENDANT PAULINA FUNDINGCO, LLC'S DISCLOSURE STATEMENT

The undersigned counsel of record for Defendant Paulina FundingCo, LLC furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1.

(1) The undersigned counsel represents Paulina FundingCo, LLC.

(2) Paulina FundingCo, LLC is a New York limited liability company which is 100% privately held by a limited partnership. No publicly traded company owns more than 10% of the limited partnership.

(3) Attorneys from Biskupic & Jacobs S.C. and Bartlit Beck LLP will appear for Paulina FundingCo, LLC. The attorneys who are expected to appear for Paulina FundingCo, LLC are named below.

Dated: March 12, 2022

Respectfully submitted,

*/s/ Steven M. Biskupic*
Steven M. Biskupic, SBN 1018217
Justin J. Dreikosen, SBN 1094426
BISKUPIC & JACOBS, S.C.
1045 West Glen Oaks Lane, Suite 106
Mequon, WI 53092
sbiskupic@biskupicjacobs.com
Office: 262-241-3300
Fax: 866-700-7640

*/s/ Adam L. Hoeflich*
Adam L. Hoeflich (No. 6209163)
Anastasiya Maione (*admission pending*)
Lee Mason (*admission pending*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
adam.hoeflich@bartlitbeck.com
stacy.maione@bartlitbeck.com
lee.mason@bartlitbeck.com

Jason C. Murray (*admission pending*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
jason.murray@bartlitbeck.com

*Counsel for Defendant Paulina FundingCo, LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the foregoing was served by electronic delivery to the following registrants:

| | |
|---|---|
| Jerome C. Mohsen<br>Daniel Manna<br>Gass Turek LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, Wisconsin 53202<br>(414) 223-3300<br>mohsen@gassturek.com<br>manna@gassturek.com | Ted Cheesebrough<br>U.S. Bank<br>U.S. Bank Center<br>101 E. 5th St.<br>Saint Paul, MN 55101<br>(651) 466-8057<br>ted.cheesebrough@usbank.com |
| Derek H. Swanson<br>Hyung-Gyu (Leo) Sun<br>Dunlap Bennett & Lidwig<br>8003 Franklin Farms Dr., Suite 220<br>Richmond, VA 23229<br>(703) 777-7319<br>dswanson@dblawyers.com<br>hsun@dbllawyers.com | |

                                            */s/ Steven M. Biskupic*
                                            Steven M. Biskupic