IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;<br>P&IB CO., LTD.;<br>IN GYOO KANG;<br>KIPB LLC f/k/a KAIST IP US LLC;<br>PAULINA FUNDINGCO, LLC; and<br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendant. | No. 2:22-cv-00317-JPS |

**DEFENDANTS KIP CO, LTD., P&IB CO, LTD., IN GYOO KANG,
AND KIPB LLC'S DISCLOSURE STATEMENT**

The undersigned, counsel of record for KIP CO. LTD., P&IB CO, LTD., In Gyoo Kang, and KIPB, LLC, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1) The undersigned counsel represents KIP CO. LTD., P&IB CO, LTD., In Gyoo Kang, and KIPB, LLC.

2) 
   a. Defendant KIPB LLC hereby states that it is a corporation organized and existing under the laws of the State of Texas, having a principal place of business at 2591 Dallas Parkway, Frisco, Texas 75034. KIPB LLC's parent corporation is KIP Co. Ltd., a corporation of the Republic of Korea. No publicly held corporation owns 10% or more of KIPB's stock.

   b. Defendant KIP Co. Ltd. hereby states that it is a corporation organized and existing under the laws of Republic of Korea, having a principal place of business at #4101, N28 Bldg., 291 Daehak-ro, Yuseong-gu, Daejeon, Republic

of Korea. No publicly held corporation owns 10% or more of KIP CO. Ltd.'s stock.

c. Defendant P&IB Co. Ltd. hereby states that it is a corporation organized and existing under the laws of Republic of Korea, having a principal place of business at C-517, Beobwon-ro 11-gil 7, Songpa-gu, Seoul, Republic of Korea. No publicly held corporation owns 10% or more of P&IB Co. Ltd.'s stock.

3) Attorneys from Dunlap Bennett and Ludwig PLLC will appear for KIP CO. LTD., P&IB CO, LTD., In Gyoo Kang, and KIPB, LLC.

Dated: March 18, 2022

/s/Robert P. Greenspoon
Robert P. Greenspoon
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave
Suite 2700
Chicago, IL 60601
rgreenspoon@dbllawyers.com
P: (312) 551-9500
F: (312) 551-9501