# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY<br><br>Plaintiff,<br><br>v.<br><br>KIP CO., LTD. f/k/a KAIST IP CO., LTD.;<br>P&IB CO., LTD.;<br>IN GYOO KANG;<br>KIPB LLC f/k/a KAIST IP US LLC;<br>PAULINA FUNDINGCO, LLC; and<br>U.S. BANK NATIONAL ASSOCIATION<br><br>Defendants. | CASE NO.: 2022-CV-00317 |

## MOTION OF PAULINA FUNDINGCO, LLC AND U.S. BANK NATIONAL ASSOCIATION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendants Paulina FundingCo, LLC ("Paulina") and U.S. Bank National Association ("U.S. Bank") hereby move this Court to dismiss all claims that Plaintiff Korea Advanced Institute of Science and Technology ("KAIST") has made against them, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), for the following reasons:

1. KAIST's Counts I and II for declaratory and injunctive relief respectively, improperly framed as "claims," fail as a matter of law because KAIST has not alleged any underlying cause of action against Paulina or U.S. Bank that would entitle KAIST to such remedies.

2. KAIST's claims against Paulina and U.S. Bank represent an improper attempt by KAIST, an unsecured contingent creditor, to freeze funds in a U.S. Bank escrow fund, even though KAIST has not yet secured any judgment entitling it to those funds.

In support of its motion, Paulina and U.S. Bank submit the accompanying Memorandum.

Dated: March 30, 2022

Respectfully submitted,

*/s/ Steven M. Biskupic*
Steven M. Biskupic, SBN 1018217
Justin J. Dreikosen, SBN 1094426
BISKUPIC & JACOBS, S.C.
1045 West Glen Oaks Lane, Suite 106
Mequon, WI 53092
sbiskupic@biskupicjacobs.com
Office: 262-241-3300
Fax: 866-700-7640

*/s/ Adam L. Hoeflich*
Adam L. Hoeflich (No. IL 6209163)
Anastasiya Maione (No. IL 6327120)
Lee Mason (No. IL 6330090)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
adam.hoeflich@bartlitbeck.com
stacy.maione@bartlitbeck.com
lee.mason@bartlitbeck.com

Jason C. Murray (No. CO 43652)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
jason.murray@bartlitbeck.com

*Counsel for Defendant Paulina FundingCo, LLC*

*/s/ Christopher J. Schreiber*
Christopher J. Schreiber, SBN 1039091
Alexander M. DeGuire, SBN 1097948
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560

*Counsel for Defendant U.S. Bank National Association*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2022, a copy of the foregoing document was served via electronic service through the Court's electronic filing system on all counsel of record.

*/s/ Steven M. Biskupic*
Steven M. Biskupic
