| | |
|---|---|
| KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY<br><br>Plaintiff,<br><br>v.<br><br>KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;<br>P&IB CO., LTD.;<br>IN GYOO KANG;<br>KIPB LLC f/k/a KAIST IP US LLC;<br>PAULINA FUNDINGCO, LLC; and<br>U.S. BANK NATIONAL ASSOCIATION<br><br>Defendants. | Case No. 2:22-CV-00317-WED<br><br><br><br>Action Filed: March 5, 2022 |

## DEFENDANTS KIP CO., LTD., P&IB CO., LTD., IN GYOO KANG, AND KIPB LLC'S MOTION TO DISMISS

Defendants KIP Co., Ltd. ("KIP"), P&IB Co., Ltd. ("P&IB"), In Gyoo Kang, and KIPB LLC respectfully move the Court to dismiss Claims III, IV, V, VI, and VII of Plaintiff Korea Advanced Institute of Science & Technology ("KAIST")'s Complaint under the doctrine of *forum non conveniens* due to the existence of KAIST's enforceable, binding arbitration agreements with KIP and P&IB that designate the proper arbitral forum, Count II of the Complaint under Fed. R. Civ. P 12(b)(6) because KAIST is merely a conditional general creditor that does not have a judgment with no cognizable interest in the assets of KIP held in the escrow account, and Count I of the Complaint as it is not a stand-alone legal claim but merely a form of remedy, or alternatively, under Fed. R. Civ. P 12(b)(1) for lack of subject matter jurisdiction or as a matter of this Court's broad discretion as this is an extraterritorial dispute among parties who never agreed to United States dispute resolution.

WHEREFORE, for all the foregoing reasons and the reasons fully set forth in the supporting memorandum of law, KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC request that this Court dismiss Plaintiff's claims in their entirety.

Dated: March 30, 2022

Respectfully submitted,

*/s/ Hyung Gyu Sun*
Hyung Gyu Sun (No. VA 93070)
David Ludiwg (No. VA 73157)
DUNLAP BENNETT & LUDWIG
211 Church Street SE
Leesburg, VA 20175
(703) 777-7319
hsun@dbllawyers.com
dludwig@dbllawyers.com

Robert P. Greenspoon (No. IL 6229357)
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave
Suite 2700
Chicago, IL 60601
(312) 551-9500
rgreenspoon@dbllawyers.com

*Counsel for Defendants KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the foregoing was served by electronic delivery to the following registrants:

| | |
|---|---|
| Jerome C. Mohsen<br>Daniel Manna<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, Wisconsin 53202<br>(414) 223-3300<br>mohsen@gassturek.com<br>manna@gassturek.com | Christopher J. Schreiber<br>Alexander M. DeGuire<br>MICHAEL BEST & FRIEDRICH LLP<br>790 North Water Street, Suite 2500<br>Milwaukee, WI 53202<br>(414)271-6560<br>cjschreiber@michaelbest.com<br>amdeguire@michaelbest.com |
| Steven M. Biskupic, SBN 1018217<br>Justin J. Dreikosen, SBN 1094426<br>BISKUPIC & JACOBS, S.C.<br>1045 West Glen Oaks Lane, Suite 106<br>Mequon, WI 53092<br>(262) 241-3300<br>sbiskupic@biskupicjacobs.com<br><br>Adam L. Hoeflich (No. IL 6209163)<br>Anastasiya Maione (No. IL 6327120)<br>Lee Mason (No. IL 6330090)<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>adam.hoeflich@bartlitbeck.com<br>stacy.maione@bartlitbeck.com<br>lee.mason@bartlitbeck.com<br><br>Jason C. Murray (No. CO 43652)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br>jason.murray@bartlitbeck.com | |

*/s/ Hyung Gyu Sun*_____
Hyung Gyu Sun