# EXHIBIT C

[대외비]

# 핀펫 특허 활용 수익 배분 합의서

한국과학기술원(이하, "KAIST")과 ㈜케이아이피 및 KIPB LLC(이하, "KIP")는 "핀펫(FinFET) 기술" 관련 특허(한국 특허 등록 제10-0458288호, 미국 특허 등록 제6,885,055호를 의미함; 이하, "본 건 특허")의 수입 배분에 대하여 다음과 같이 합의한다.

- 다 음 -

## 1. 수입 배분의 원칙

가. KAIST와 KIP는 본 건 특허의 실시권 허여 계약 체결로 인하여 실시자로부터 수령하는 총 금액(이하 "수입금") 중 50%는 본건 특허 중 대한민국 특허권의 실시대가로, 나머지 50%는 미합중국 특허권의 실시대가로 본다.

나. 공제 금액과 공제 방법

(1) 수입금 중에서 비용과 KIP 운영을 위한 유보금을 공제하고 남은 금액을 배분한다.
(2) 비용은 투자 및 융자 상환금, 소송대리인/외부전문가 비용 및 관납 비용, 출장비 등 수익 창출을 위하여 사용된 실비를 의미하며, 대한한국 특허권을 위하여 사용된 비용은 대한민국 특허권 실시대가에서 공제하고, 미합중국 특허권을 위하여 사용된 비용은 미합중국 특허권 실시대가에서 공제한다.
(3) KIP 운영을 위한 유보금은 수입금에서 총 비용을 공제하고 남은 금액의 5%를 원칙으로 한다. 유보금의 비율 5%는 당사자 협의에 의하여 조정할 수 있다.

[대외비]

다. 배분금액 및 지급방법

(1) 수입금 중 대한민국 특허권 실시대가 50%에서 대한민국 특허를 위한 비용을 공제하고 KIP 운영을 위한 유보금을 공제한 남은 금액의 65%는 KAIST에게 배분되고, 나머지 35%는 ㈜피앤아이비에게 배분된다.

(2) KIP는 KAIST에 분배할 금액을 실시자로부터 수입금을 수령한 날로부터 30일 이내에 한국과학기술원 은행계좌 우리은행 270-008981-01-004 에 현금으로 입금한다. 단, 수입금 분할 수령 등 30일 이내에 지급하기 어려운 사정이 있는 경우 KAIST와 협의하여 입금일을 조정할 수 있다.

## 2. 기타

가. 본 합의서는 2019년 10월 2일에 체결되는 "주식회사 케이아이피의 운영을 위한 기본협약서"의 제10조(보충협약)에 의거하여 체결되는 부속합의서로서, 2012. 7. 11 체결한 "전용실시권 계약서"의 제5조(실시대가)에 따른 수익 배분을 갈음한다.

나. 본 합의서는 실시자와의 실시권 허여 계약 등 합의에 의하여 수익이 발생한 경우에 한하여 적용하며, 본 건 특허에 관한 판결로 인하여 수익이 발생한 경우에 관하여는 양 당사자가 추후 협의하기로 한다.

본 합의서를 증명하기 위하여 합의서 2부를 작성 날인하여, KAIST와 KIP가 각각 1통씩 보관한다.

[대외비]

2019. 10. 2.

대전광역시 유성구 대학로 291   대전광역시 유성구 대학로 291
      한국과학기술원                 ㈜케이아이피

총장   신성철  (인)   대표이사   강인규  (인)

# FinFET Patent Utilization Profit Distribution Agreement

Korea Advanced Institute of Science and Technology (hereinafter referred to as "KAIST"), KIP Co., Ltd. and KIPB LLC (hereinafter referred to as "KIP") shall agree as follows for the distribution of profit for the patent related to the "FinFET technology" (referring to Korean patent registration no. 10-0458288, US patent registration no. 6,885,055, hereinafter referred to as "the patent in this case").

- Whereas -

**1. The principles of profit distribution**

A.  KAIST and KIP shall deem that out of the total amount to be received by the licensee as a result of entering into this patent licensing agreement (hereinafter referred to as "revenue"), 50% is the licensing fee for the patent right in the Republic of Korea, and the remaining 50% is the licensing fee for the licensing of the patent right in the United States.

B.  Amount of deduction and method of deduction

(1) The amount left after deducting expenses and withholding amount for KIP's operations from the revenue shall be distributed.
(2) The expenses refer to actual expenses that were used in order to generate profit such as investments and loan repayments, expenses related to litigation representatives/outside specialists, government fees, business trip expenses, and so on, and the expenses that were incurred for the patent right in the Republic of Korea shall be deducted from the patent licensing fee for the patent right in Korea, and the expenses incurred for the patent right in the United States shall be deducted from the patent licensing fee for the United States.
(3) The withholding amount for the operation of KIP shall be 5% of the remaining amount after deducting total expenses from the revenue, in principle. The withholding rate could be adjusted based on mutual agreement of the parties.

C.  Distribution amount and method of distribution

(1) After deducting expenses for related to the patent in the Republic of Korea from the licensing fee for the patent right in the Republic of Korea (50% of the total licensing fee) and deducting the withholding amount for the operation of KIP, 65% of the remaining amount shall be distributed to KAIST, and 35% of the remaining amount shall be distributed to P&IB Co., Ltd.

[Confidential]

(2) Within 30 days after receiving a fee from a licensee, KIP shall deposit the amount to be distributed to KAIST to Korea Advanced Institute of Science and Technology's bank account (Woori Bank 270-008981-01-004) in cash.  However, in the event that there are circumstances under which it is difficult to deposit KAIST's portion due to receipt of a fee in installments, the deposit date could be adjusted based on mutual agreement with KAIST.

**2. Others**

A. This agreement is a supplementary agreement entered in accordance with Article 10 (Supplementary Agreements) of the "Basic Agreement for the Management of KIP Co., Ltd," and replaces Article 5 (Licensing Fee) of "Exclusive Licensing Agreement" entered on July 11, 2021.

B. This agreement is applicable only in the event that any profit is generated by entering into licensing agreements with licensees, and details related to profits generated related to court decisions regarding the patent in this case shall be discussed by the parties in detail later.

In order to prove the existence of this agreement, two copies of this agreement shall be prepared and signed, with KAIST and KIP each keeping one copy.

October 2, 2019

| | |
|---|---|
| 291 Daehak-ro, Yuseong-gu, Daejeon<br>Korea Advanced Institute of Science<br>and Technology | KIP Co., Ltd.<br>291 Daehak-ro, Yuseong-gu, Daejeon |
| President Sungcheol Shin (seal) | Representative director Inkyu Kang (seal) |



# TRANSLATION CERTIFICATION

Date: August 16, 2021

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- **Korean**

To:

- **English**

The documents are designated as:

- **37**

Taylor Liff, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Taylor Liff

CERT-07, 2020-JUN-26, V7