# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY<br><br>Plaintiff,<br><br>v.<br><br>KIP CO., LTD. f/k/a KAIST IP CO., LTD.;<br>P&IB CO., LTD.;<br>IN GYOO KANG;<br>KIPB LLC f/k/a KAIST IP US LLC;<br>PAULINA FUNDINGCO, LLC; and<br>U.S. BANK NATIONAL ASSOCIATION<br><br>Defendants. | CASE NO.: 2022-CV-00317 |

## STIPULATED MOTION TO EXTEND DEADLINE

Plaintiff Korea Advanced Institute of Science and Technology ("KAIST") and Defendants KIP Co, Ltd., P&IB Co., Ltd., In Gyoo Kang, KIPB LLC, Paulina FundingCo, LLC, and U.S. Bank National Association (collectively, "Defendants") hereby stipulate and agree as follows:

1. On April 20, 2022, Plaintiff KAIST filed an amended complaint against the Defendants. Dkt. No. 30 ("Amended Complaint"). KAIST's Amended Complaint asserts, among other things, new causes of action against some of the Defendants.

2. Given KAIST's assertion of new causes of action, there exists good cause to extend Defendants' deadline to answer or move to dismiss KAIST's Amended Complaint.

3. The parties hereby stipulate that the Defendants' deadline to file and serve a responsive pleading or motion to dismiss KAIST's Amended Complaint shall be extended to June 3, 2022.

Respectfully submitted on this 29th day of April, 2022.

/s/ Daniel A. Manna
Daniel A. Manna, SBN 1071827
Jerome C. Mohsen, SBN 1097525
GASS TUREK LLC
241 N. Broadway, Suite 300
Milwaukee, Wisconsin, 53202
(414) 223-3300 – phone
(414) 224-6116 – fax
manna@gassturek.com
mohsen@gassturek.com

*Attorneys for Plaintiff Korea Advanced Institute of Science and Technology*

/s/ Steven M. Biskupic
Steven M. Biskupic, SBN 1018217
Justin J. Dreikosen, SBN 1094426
BISKUPIC & JACOBS, S.C.
1045 West Glen Oaks Lane, Suite 106
Mequon, WI 53092
Office: 262-241-3300
Fax: 866-700-7640
sbiskupic@biskupicjacobs.com
jdreikosen@biskupicjacobs.com


/s/ Adam L. Hoeflich
Adam L. Hoeflich (No. IL 6209163)
Anastasiya Maione (No. IL 6327120)
Lee Mason (No. IL 6330090)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
adam.hoeflich@bartlitbeck.com
stacy.maione@bartlitbeck.com
lee.mason@bartlitbeck.com

Jason C. Murray (No. CO 43652)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
jason.murray@bartlitbeck.com


*Counsel for Defendant Paulina FundingCo, LLC*

/s/ Alexander M. DeGuire
Christopher J. Schreiber, SBN 1039091
Alexander M. DeGuire, SBN 1097948
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560

*Counsel for Defendant U.S. Bank National Association*

*/s/ Hyung Gyu Sun*
Hyung Gyu Sun (No. VA 93070)
David Ludiwg (No. VA 73157)
DUNLAP BENNETT & LUDWIG
211 Church Street SE
Leesburg, VA 20175
(703) 777-7319
hsun@dbllawyers.com
dludwig@dbllawyers.com

Robert P. Greenspoon (No. IL 6229357)
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave
Suite 2700
Chicago, IL 60601
(312) 551-9500
rgreenspoon@dbllawyers.com

*Counsel for Defendants KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2022, a copy of the foregoing document was served via electronic service through the Court's electronic filing system on all counsel of record.

                                                */s/ Steven M. Biskupic*
                                                Steven M. Biskupic