# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

KOREA ADVANCED INSTITUTE OF
SCIENCE AND TECHNOLOGY

        Plaintiff,

        v.

KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;
P&IB CO., LTD.;
IN GYOO KANG;
KIPB LLC f/k/a KAIST IP US LLC;
PAULINA FUNDINGCO, LLC; and
U.S. BANK NATIONAL ASSOCIATION

        Defendants.

CASE NO.:  2022-CV-00317

## U.S. BANK NATIONAL ASSOCIATION'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) OR, IN THE ALTERNATIVE, TO DROP U.S. BANK AS A PARTY TO THIS ACTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 21

### NOTICE

**TO: All Counsel of Record** (*via* e-filing)

    **PLEASE TAKE NOTICE** that Defendant U.S. Bank National Association ("U.S. Bank"),

by and through its undersigned attorneys, Michael Best & Friedrich LLP, will move the Court

for an order, pursuant to Fed. R. Civ. P. 12(b)(6) and/or Fed. R. Civ. P. 21, dismissing Plaintiff

Korea Advanced Institute of Science and Technology's complaint as to U.S. Bank. The Motion

will be heard at a date and time to be determined by the Court. The Motion follows.

### MOTION

    Defendant U.S. Bank National Association ("U.S. Bank"), by and through its

undersigned attorneys, Michael Best & Friedrich LLP, will move the Court for an order,

pursuant to Fed. R. Civ. P. 12(b)(6) and/or Fed. R. Civ. P. 21, dismissing Plaintiff Korea

Advanced Institute of Science and Technology's complaint as to U.S. Bank.

      In support of its motion, U.S. Bank submits the accompanying Brief.

Dated: June 3, 2022

                        Respectfully Submitted,

                        */s/ Christopher J. Schreiber*
                        Christopher J. Schreiber, SBN 1039091
                        Alexander M. DeGuire, SBN 1097948
                        MICHAEL BEST & FRIEDRICH LLP
                        790 N. Water Street, Suite 2500
                        Milwaukee, WI 53202
                        (414) 271-6560

                        *Counsel for Defendant U.S. Bank National Association*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2022, a copy of the foregoing document was served *via* electronic service through the Court's electronic filing system on all counsel of record.

*/s/ Christopher J. Schreiber*_____
Christopher J. Schreiber