# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY<br><br>Plaintiff,<br><br>v.<br><br>KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;<br>P&IB CO., LTD.;<br>IN GYOO KANG;<br>KIPB LLC f/k/a KAIST IP US LLC;<br>PAULINA FUNDINGCO, LLC; and<br>U.S. BANK NATIONAL ASSOCIATION<br><br>Defendants. | Case No. 2:22-CV-00317-WED<br><br><br><br>Action Filed: March 5, 2022 |

### DEFENDANTS KIP CO., LTD., P&IB CO., LTD., IN GYOO KANG, AND KIPB LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants KIP Co., Ltd. ("KIP"), P&IB Co., Ltd. ("P&IB"), In Gyoo Kang, and KIPB LLC respectfully move the Court to dismiss Claims I, II, III, IV, and V of Plaintiff Korea Advanced Institute of Science & Technology ("KAIST")'s Amended Complaint under the doctrine of *forum non conveniens* due to the existence of KAIST's enforceable, binding arbitration agreements with KIP and P&IB that designate the proper arbitral forum, and Counts I and II, in the alternative, for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, for all the foregoing reasons and the reasons fully set forth in the supporting memorandum of law, KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC request that this Court dismiss Plaintiff's claims in their entirety.

Dated: June 3, 2022

                Respectfully submitted,

                */s/ Hyung Gyu Sun*
                Hyung Gyu Sun (No. VA 93070)
                David Ludiwg (No. VA 73157)
                DUNLAP BENNETT & LUDWIG
                211 Church Street SE
                Leesburg, VA 20175
                (703) 777-7319
                hsun@dbllawyers.com
                dludwig@dbllawyers.com

                Robert P. Greenspoon (No. IL 6229357)
                DUNLAP BENNETT & LUDWIG
                333 N. Michigan Ave
                Suite 2700
                Chicago, IL 60601
                (312) 551-9500
                rgreenspoon@dbllawyers.com

                *Counsel for Defendants KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the foregoing was served by electronic delivery to the following registrants:

| | |
|---|---|
| Jerome C. Mohsen<br>Daniel Manna<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, Wisconsin 53202<br>(414) 223-3300<br>mohsen@gassturek.com<br>manna@gassturek.com | Christopher J. Schreiber<br>Alexander M. DeGuire<br>MICHAEL BEST & FRIEDRICH LLP<br>790 North Water Street, Suite 2500<br>Milwaukee, WI 53202<br>(414)271-6560<br>cjschreiber@michaelbest.com<br>amdeguire@michaelbest.com |
| Steven M. Biskupic, SBN 1018217<br>Justin J. Dreikosen, SBN 1094426<br>BISKUPIC & JACOBS, S.C.<br>1045 West Glen Oaks Lane, Suite 106<br>Mequon, WI 53092<br>(262) 241-3300<br>sbiskupic@biskupicjacobs.com<br><br>Adam L. Hoeflich (No. IL 6209163)<br>Anastasiya Maione (No. IL 6327120)<br>Lee Mason (No. IL 6330090)<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>adam.hoeflich@bartlitbeck.com<br>stacy.maione@bartlitbeck.com<br>lee.mason@bartlitbeck.com<br><br>Jason C. Murray (No. CO 43652)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br>jason.murray@bartlitbeck.com | |

*/s/ Hyung Gyu Sun*_____
Hyung Gyu Sun