# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KOREA ADVANCED INSTITUTE OF
SCIENCE AND TECHNOLOGY

        Plaintiff,

v.

KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;
P&IB CO., LTD.;
IN GYOO KANG;
KIPB LLC f/k/a KAIST IP US LLC;
PAULINA FUNDINGCO, LLC; and
U.S. BANK NATIONAL ASSOCIATION

        Defendants.

Case No. 2022-CV-00317

## STIPULATED MOTION TO EXTEND DEADLINES

Plaintiff Korea Advanced Institute of Science and Technology ("KAIST") and Defendants KIP Co, Ltd., P&IB Co., Ltd., In Gyoo Kang, KIPB LLC, Paulina FundingCo, LLC, and U.S. Bank National Association (collectively "Defendants") hereby stipulate and agree as follows:

1. On April 20, 2022, Plaintiff KAIST filed an amended complaint against the Defendants. Dkt. No. 30.

2. The Defendants filed and served motions to dismiss KAIST's amended complaint and supporting papers on June 3, 2022. Dkt. Nos. 34–39.

3. The parties hereby stipulate that KAIST's deadline to file and serve its responses to these motions shall be extended to July 25, 2022.

4. The parties hereby stipulate that Defendants' deadline to file and serve replies in support of their respective motions shall be extended to August 15, 2022.

5. Good cause exists for the requested extensions due to scheduling issues and competing case deadlines, giving rise to the need for additional time.

Dated this 16th day of June 2022.

| | |
|---|---|
| /s/ Daniel A. Manna<br>Daniel A. Manna, SBN 1071827<br>Jerome C. Mohsen, SBN 1097525<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, Wisconsin 53202<br>Tel: 414-223-3300<br>Fax: 414-224-6116<br>manna@gassturek.com<br>mohsen@gassturek.com<br><br>*Attorneys for Plaintiff Korea Advanced Institute of Science and Technology* | /s/ Anastasiya Maione<br>Adam L. Hoeflich (No. IL 6209163)<br>Anastasiya Maione (No. IL 6327120)<br>Lee Mason (No. IL 6330090)<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>adam.hoeflich@bartlitbeck.com<br>stacy.maione@bartlitbeck.com<br>lee.mason@bartlitbeck.com<br><br>Jason C. Murray (No. CO 43652)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br>jason.murray@bartlitbeck.com<br><br>Steven M. Biskupic, SBN 1018217<br>Justin J. Dreikosen, SBN 1094426<br>BISKUPIC & JACOBS, S.C.<br>1045 West Glen Oaks Lane, Suite 106<br>Mequon, WI 53092<br>Office: 262-241-3300<br>Fax: 866-700-7640<br>sbiskupic@biskupicjacobs.com<br>jdreikosen@biskupicjacobs.com<br><br>*Counsel for Defendant Paulina FundingCo, LLC* |

2

/s/ *Christopher J. Schreiber*
Christopher J. Schreiber, SBN 1039091
Alexander M. DeGuire, SBN 1097948
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
cjschreiber@michaelbest.com
amdeguire@michaelbest.com

*Counsel for Defendant U.S. Bank National Association*


/s/ *Hyung Gyu Sun*
Hyung Gyu Sun (No. VA 93070)
David Ludiwg (No. VA 73157)
DUNLAP BENNETT & LUDWIG
211 Church Street SE
Leesburg, VA 20175
(703) 777-7319
hsun@dbllawyers.com
dludwig@dbllawyers.com

Robert P. Greenspoon (No. IL 6229357)
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave
Suite 2700
Chicago, IL 60601
(312) 551-9500
rgreenspoon@dbllawyers.com

*Counsel for Defendants KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC*

3