UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KOREA ADVANCED INSTITUTE OF
SCIENCE AND TECHNOLOGY,

        Plaintiff,

v.

        Case No. 2022-CV-00317

KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;
P&IB CO., LTD.; IN GYOO KANG;
KIPB LLC f/k/a KAIST IP US LLC;
PAULINA FUNDINGCO, LLC; and
U.S. BANK NATIONAL ASSOCIATION,

        Defendants.

### TABLE OF UNPUBLISHED AUTHORITIES CITED IN BRIEF IN OPPOSITION TO KIP DEFENDANTS' MOTION TO DISMISS

Pursuant to Civil Local Rule 7(j), Defendants hereby file and serve the following unpublished authorities cited in their brief in support of motion to set aside default judgment and for leave to file an amended answer and affirmative defenses.

| Tab | Authority |
| --- | --- |
| 1 | *Brilliant DPI, Inc. v. Konica Minolta Bus. Sols., U.S.A., Inc.*, No. 18-CV-799, 2019 WL 1376017 (E.D. Wis. Mar. 26, 2019) |
| 2 | *Pace Properties, LLC v. Excelsior Const., Inc.*, No. 3:08CV345, 2008 WL 4938412 (N.D. Fla. Nov. 18, 2008) |
| 3 | *Adgate v. Chip Shoppe, Inc.*, No. 13-C-163, 2013 WL 6981451 (E.D. Wis. May 10, 2013) |
| 4 | *Shriner v. Signal Fin. Co.*, 92 F. App'x 322 (7th Cir. 2003) |

1

Dated this 25th day of July 2022,

                Respectfully submitted by

                GASS TUREK LLC

                *s/Daniel A. Manna*
                Daniel A. Manna, SBN 1071827
                Jerome C. Mohsen, SBN 1097525
                241 N. Broadway, Suite 300
                Milwaukee, Wisconsin 53202
                Tel: 414-223-3300
                Fax: 414-224-6116
                manna@gassturek.com
                mohsen@gassturek.com

                *Attorneys for Plaintiff Korea Advanced Institute of Science and Technology*