UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY<br><br>Plaintiff,<br><br>v.<br><br>KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;<br>P&IB CO., LTD.;<br>IN GYOO KANG;<br>KIPB LLC f/k/a KAIST IP US LLC;<br>PAULINA FUNDINGCO, LLC; and<br>U.S. BANK NATIONAL ASSOCIATION<br><br>Defendants. | Case No. 2:22-CV-00317-WED<br><br>Action Filed: March 5, 2022 |

### DEFENDANTS KIP CO., LTD., P&IB CO., LTD., IN GYOO KANG, AND KIPB LLC'S RULE 11 MOTION FOR SANCTIONS

Defendants KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC respectfully move this Court for sanctions under Rule 11 of the Federal Rules of Civil Procedure. Plaintiff Korea Advanced Institute of Science & Technology ("KAIST") and its attorneys have violated Rule 11(b) with their frivolous claims and positions, rendering KAIST's breach of contract claims against Defendants KIP Co., Ltd. and P&IB Co., Ltd. legally untenable. The grounds for this motion are further set forth in Defendants' Memorandum in Support of their Rule 11 Motion for Sanctions, which is being filed contemporaneously herewith.

Dated: September 13, 2022

1

Respectfully submitted,

*/s/ Hyung Gyu Sun*
Hyung Gyu Sun (No. VA 93070)
David Ludiwg (No. VA 73157)
DUNLAP BENNETT & LUDWIG
211 Church Street SE
Leesburg, VA 20175
(703) 777-7319
hsun@dbllawyers.com
dludwig@dbllawyers.com

Robert P. Greenspoon (No. IL 6229357)
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave
Suite 2700
Chicago, IL 60601
(312) 551-9500
rgreenspoon@dbllawyers.com

*Counsel for Defendants KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the foregoing was served by electronic delivery to the following registrants:

| | |
|---|---|
| Jerome C. Mohsen<br>Daniel Manna<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, Wisconsin 53202<br>(414) 223-3300<br>mohsen@gassturek.com<br>manna@gassturek.com | Christopher J. Schreiber<br>Alexander M. DeGuire<br>MICHAEL BEST & FRIEDRICH LLP<br>790 North Water Street, Suite 2500<br>Milwaukee, WI 53202<br>(414)271-6560<br>cjschreiber@michaelbest.com<br>amdeguire@michaelbest.com |
| Steven M. Biskupic, SBN 1018217<br>Justin J. Dreikosen, SBN 1094426<br>BISKUPIC & JACOBS, S.C.<br>1045 West Glen Oaks Lane, Suite 106<br>Mequon, WI 53092<br>(262) 241-3300<br>sbiskupic@biskupicjacobs.com<br><br>Adam L. Hoeflich (No. IL 6209163)<br>Anastasiya Maione (No. IL 6327120)<br>Lee Mason (No. IL 6330090)<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>adam.hoeflich@bartlitbeck.com<br>stacy.maione@bartlitbeck.com<br>lee.mason@bartlitbeck.com<br><br>Jason C. Murray (No. CO 43652)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br>jason.murray@bartlitbeck.com | |

*/s/ Hyung Gyu Sun*_____
Hyung Gyu Sun