| | |
|---|---|
| KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY<br><br>Plaintiff,<br><br>v.<br><br>KIP CO., LTD. f/k/a KAIST IP Co., Ltd.;<br>P&IB CO., LTD.;<br>IN GYOO KANG;<br>KIPB LLC f/k/a KAIST IP US LLC;<br>PAULINA FUNDINGCO, LLC; and<br>U.S. BANK NATIONAL ASSOCIATION<br><br>Defendants. | Case No. 2:22-CV-00317-WED<br><br><br><br><br>Action Filed: March 5, 2022 |

**DEFENDANTS KIP CO., LTD., P&IB CO., LTD., IN GYOO KANG, AND KIPB LLC'S UNOPPOSED MOTION TO WITHDRAW THEIR RULE 11 MOTION FOR SANCTIONS**

Defendants KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC respectfully move this Court to withdraw their Rule 11 Motion for Sanctions and Memorandum in Support of the Rule 11 Motion for Sanctions. Counsel for Plaintiff Korea Advanced Institute of Science & Technology has indicated that this motion will not be opposed.

Dated: October 25, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Hyung Gyu Sun*
　　　　　　　　　　　　　　　　　　　　Hyung Gyu Sun (No. VA 93070)
　　　　　　　　　　　　　　　　　　　　David Ludiwg (No. VA 73157)
　　　　　　　　　　　　　　　　　　　　DUNLAP BENNETT & LUDWIG
　　　　　　　　　　　　　　　　　　　　211 Church Street SE
　　　　　　　　　　　　　　　　　　　　Leesburg, VA 20175
　　　　　　　　　　　　　　　　　　　　(703) 777-7319
　　　　　　　　　　　　　　　　　　　　hsun@dbllawyers.com
　　　　　　　　　　　　　　　　　　　　dludwig@dbllawyers.com

1

Robert P. Greenspoon (No. IL 6229357)
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave
Suite 2700
Chicago, IL 60601
(312) 551-9500
rgreenspoon@dbllawyers.com

*Counsel for Defendants KIP Co., Ltd., P&IB Co., Ltd., In Gyoo Kang, and KIPB LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the foregoing was served by electronic delivery to the following registrants:

| | |
|---|---|
| Jerome C. Mohsen<br>Daniel Manna<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, Wisconsin 53202<br>(414) 223-3300<br>mohsen@gassturek.com<br>manna@gassturek.com | Christopher J. Schreiber<br>Alexander M. DeGuire<br>MICHAEL BEST & FRIEDRICH LLP<br>790 North Water Street, Suite 2500<br>Milwaukee, WI 53202<br>(414)271-6560<br>cjschreiber@michaelbest.com<br>amdeguire@michaelbest.com |
| Steven M. Biskupic, SBN 1018217<br>Justin J. Dreikosen, SBN 1094426<br>BISKUPIC & JACOBS, S.C.<br>1045 West Glen Oaks Lane, Suite 106<br>Mequon, WI 53092<br>(262) 241-3300<br>sbiskupic@biskupicjacobs.com<br><br>Adam L. Hoeflich (No. IL 6209163)<br>Anastasiya Maione (No. IL 6327120)<br>Lee Mason (No. IL 6330090)<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>adam.hoeflich@bartlitbeck.com<br>stacy.maione@bartlitbeck.com<br>lee.mason@bartlitbeck.com<br><br>Jason C. Murray (No. CO 43652)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br>jason.murray@bartlitbeck.com | |

*/s/ Hyung Gyu Sun*_____
Hyung Gyu Sun