# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

KOREA ADVANCED INSTITUTE OF SCIENCE AND TECHNOLOGY,

Plaintiff,

v.  Case No. **22-CV-317**

KIP CO., LTD.
f/k/a KAIST IP Co., Ltd.,
P&IB CO., LTD.,
IN GYOO KANG,
KIPB LLC
f/k/a KAIST IP US, LLC,
PAULINA FUNDINGCO, LLC, and
U.S. BANK NATIONAL ASSOCIATION,

Defendants.

☒ **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff, on the plaintiff's action seeking damages, a declaratory judgment pursuant to 28 U.S. Code § 2201, and injunctive relief.

Defendants KIP Co. Ltd, KIPB LLC, and In Gyoo Kang's motion to dismiss under the doctrine of *forum non conveniens* is **GRANTED** without prejudice.

Paulina FundingCo, LLC's motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** with prejudice.

U.S. Bank National Association's motion to dismiss is **GRANTED** with prejudice.

This action is hereby **DISMISSED**.

Date: November 2, 2022

    Gina M. Colletti, Clerk of Court
    EASTERN DISTRICT OF WISCONSIN
    (By) Deputy Clerk, s/ Linda M. Zik

    Approved this 2nd day of November, 2022.

    _____
    WILLIAM E. DUFFIN
    United States Magistrate Judge